Edward L. Riker and Others, Respondents, v. Springfield Fire and Marine Insurance Company of Springfield, Massachusetts, Appellant.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Spencer K. Brown, Respondent, v. D. Appleton & Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred; Robson, J., not sitting.

Cezum Wilbur, Appellant, v. Rochester Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Village of Wellsville, Appellant, v. Robert W. Henson, Respondent.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Fannie F. Peck, Appellant, v. Annie E. French, Respondent.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the question whether the defendant was a sub-tenant or assignee of the lease was a question of fact for the jury. All concurred, except Kruse and Robson, JJ., who dissented.

Jacob C. Lombard, Respondent, v. Caroline P. Voshall, Appellant.— Judgment and order affirmed, with costs. All concurred.

Amanda Weber, Respondent, v. Levi C. Weir, as President of Adams Express Company, Appellant.— Judgment affirmed, with costs. All concurred.

Frederic W. Gardner, Respondent, v. The Roycrofters and Elbert Hubbard, Appellants.— Motion to dismiss appeal denied, with ten dollars costs.